22 A.3d 210

Christopher L. ANTHONY, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE and the Department of Corrections, Appellees.

Supreme Court of Pennsylvania.

June 20, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2011, the Order of the Commonwealth Court is hereby **AFFIRMED.**